```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NADER ABOUELMAKAREM,                                             :
                                                                 :
                              Plaintiff,                         :
                                                                 :       21-cv-10625 (LJL)
              -v-                                                :
                                                                 :           ORDER
MDNMA INC. et al.,                                               :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    On May 18, 2023, this Court granted in part and denied in part Plaintiff's motion for sanctions, Dkt. No. 88 at 20, and ordered that reasonable attorneys' fees and costs incurred relating to the first motion for sanctions be awarded against all of the Non- Debtor Defendants as well as reasonable attorneys' fees and costs incurred relating to the second motion for sanctions be awarded against Defendants Mahmoud and MSSMINJA, *id.* at 15. The Court ordered Plaintiff to file a fee application consistent with that opinion. *Id.* at 20.

    On June 19, 2023, Plaintiff filed a motion requesting an award for attorneys' fees for services rendered with respect to the Plaintiff's motion for sanctions in the amount of $3,885.00 representing 11.10 hours of attorney work. Dkt. No. 90 at 2. Plaintiff also requested an award for attorneys' fees for services rendered with respect to the Plaintiff's motion for sanctions in the amount of $4,865.00 representing 13.90 hours of attorney work. *Id.* at 3–4.

    The Court grants that request in full. The amount of fees requested is reasonable based on the scope of the work conducted and does not reflect overstaffing; Plaintiff's fee application has not sought to recover any time of attorney James F. Woods. The Court has considered Defendants' remaining objections and finds them meritless.

The motion is granted, and the Clerk of Court is respectfully directed to close Dkt. No. 89.

SO ORDERED.

Dated: July 13, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge