UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NADER ABOUELMAKAREM,

                Plaintiff,                                                    21 **CIVIL** 10625 (LJL)

        -against-                                                  **JUDGMENT**

MSSMINJA INC. d/b/a Gifts on Sixth; MAHMOUD
MUSTAFA, individually; and NAZIH K.
MUSTAFA, individually,
                          Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That the plaintiff has judgment in the sum of $55,324 for minimum wage claims and $112,324 for overtime claims, as against the defendants.

**DATED:** New York, New York
            August    17  , 2023

                                                                        **RUBY J. KRAJICK**

 **So Ordered:**                                                        **Clerk of Court**

                                                             **BY:**     K. Mango

 **U.S.D.J.**                                                              **Deputy Clerk**